MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

DANIEL KALEBA (CABN 223789)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    daniel.kaleba@usdoj.gov

Attorneys for United States of America

FILED
AUG 24 2015
CLERK ... WIEKING
NORTHERN DISTRICT COURT
OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 05-70639 MAG |
|---|---|
|     Plaintiff, | ) NOTICE OF DISMISSAL |
| v. | ) |
| FRANCISCO CARRILLO-PEREZ, | ) |
|     Defendant. | ) |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Complaint without prejudice. On August 20, 2015, defendant Francisco Carrillo-Perez was extradited from Guatemala to the United States pursuant to a provisional arrest warrant for the federal criminal violation of Unlawful Flight to Avoid Prosecution, in violation of 18 U.S.C. § 1073. Carrillo-Perez has been charged by felony complaint in Marin County Superior Court for the crime of Murder, in violation of California Penal Code § 187. Carrillo-Perez is presently in custody in the Marin County Jail.

//

//

NOTICE OF DISMISSAL (CR 05-70639 MAG)

The government also moves that the Court quash the arrest warrant issued in connection with the complaint in this case.

DATED:                                    Respectfully submitted,

                                          MELINDA HAAG
                                          United States Attorney

                                          /s/

                                          DAVID R. CALLAWAY
                                          Chief, Criminal Division

Leave is granted to the government to dismiss the Complaint. It is further ordered that the arrest warrant issued in connection with the Complaint is quashed.

Date: 8/21/15                             _____
                                          United States Magistrate Judge

NOTICE OF DISMISSAL (CR 05-70639 MAG)